United States Court of Appeals
 for the district of columbia circuit

No. 97-1687 September Term, 1998

 
United States Testing Company, Inc.,
 Petitioner

 v.

National Labor Relations Board,
 Respondent

 On Petition for Review and Cross-Application for Enforcement
 of an Order of the National Labor Relations Board

 Before: Ginsburg, Sentelle, and Rogers, Circuit Judges.

 O R D E R

 It is ORDERED by the Court, sua sponte, that the dissenting opinion filed herein on this
date be amended as follows:

 Page 1, third paragraph, delete the following sentence: "Indeed, the majority
 acknowledges that 'the employer never explicitly explained why all of the requested
 information was needed. Id. at 8.'"

 Page 1, line 20, insert the word "the" between "and" and "ratio."

 Page 3, line 15, substitute the word "records" for "record."

 Per curiam
 For the Court:
 Mark J. Langer, Clerk

Filed on November 13, 1998